⊕AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN MANNING
WILLIAM STANLEY

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-248 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>PETER LEVITT | DEFENDANT'S ATTORNEY<br>FLAHERTY |
|---|---|---|
| TRIAL DATE (S)<br>11/15/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 11/15/04 | direct |  | GARLAND RYAN ARNOLD, S/A, I.C.E. |
|  |  |  |  |  |  |
| 2 |  | 11/15/04 | X | X | AFFIDAVIT OF GARLAND RYAN ARNOLD, S/A, I.C.E. |
| 3 |  | 11/15/04 | X | X | SEARCH WARRANT and AFFIDAVIT OF GARLAND RYAN ARNOLD, S/A, I.C.E. |
| X |  | 11/15/04 | X | X | SEARCH WARRANT and AFFIDAVIT OF GARLAND RYAN ARNOLD, S/A, I.C.E. |
| 4 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 5 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 6 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 7 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 8 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 9 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 10 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 11 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 12 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 13 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 14 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| 15 |  | 11/15/04 | X | X | PHOTOGRAPHS OF INVESTIGATION SCENE |
| X |  | 11/15/04 | cross |  | GARLAND RYAN ARNOLD, S/A, I.C.E. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages