UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ04-M-248-JLA

UNITED STATES OF AMERICA

V.

WILLIAM STANLEY

and

JOHN MANNING

### ORDER ON DETENTION

November 18, 2004

ALEXANDER, M.J.

The defendants, William Stanley and John Manning, appeared before this Court on November 15, 2004, for a probable cause and detention hearing pursuant to a complaint charging them with violations of 21 U.S.C. §§ 841(a)(1) and 846 (conspiracy to distribute marijuana and possession with intent to distribute marijuana). Attorney Tim Watkins represented Mr. Stanley, Attorney Timothy Flaherty represented Mr. Manning, and United States Attorney Nancy Rue appeared on behalf of the government.

At the commencement of the hearing, the government and Mr. Manning, through counsel, indicated that they had reached an agreement as to conditions of Mr. Manning's release. Mr. Manning waived probable cause and the Court ORDERED Mr. Manning released pursuant to the terms of the Order Setting Conditions of Release.

The probable cause and detention hearing thereafter continued as to Mr. Stanley.

The government presented the credible testimony of Special Agent G. Ryan Arnold of United States Immigration and Customs Enforcement.  Mr. Watkins commenced his cross-examination of Mr. Arnold, but did not have time to finish before the Court concluded the hearing for the day.  The hearing was continued until November 16, 2004, at which time Mr. Stanley waived his right to a probable cause hearing, waived his right to a detention hearing and consented to detention without prejudice.  Accordingly, the Court ORDERED the defendant, William Stanley, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London alexander
United States Magistrate Judge