UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10363 DPW

WILLIAM STANLEY (1)
JOHN MANNING (2)
    Defendant

NOTICE OF
ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** on the indictment at **10:45 a.m.** on **Tuesday, January 11, 2005,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

December 29, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:    FPD Timothy Watkins, Esq.
               *Via electronic filing*
               Timothy Flaherty, Esq.
               *Via standard mail*
               AUSA Nancy Rue, Esq.
               *Via electronic filing*

Enclosures:   Indictment