UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10363-DPW |
| | ) | |
| WILLIAM STANLEY | ) | |

MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned states the following:

1. The District of Massachusetts Federal Defender Office was appointed by the court to represent Stanley on November 9, 2004. The case was assigned to the undersigned on the same date.

2. Upon information and belief, attorney Michael Brennan, Esq., 392 Union Ave., Framingham, MA 01702 will file a Notice of Appearance on behalf of the defendant on January 11, 2005.

WHEREFORE, the undersigned moves to withdraw as counsel of record for the defendant.

/s/ Timothy Watkins
Timothy Watkins
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that a true copy of the above Motion was served upon Assistant U.S. Attorney Nancy Rue by ECF, as well as on Michael Brennan, Esq. and William Stanley by first class mail, on January 10, 2005.

/s/ Timothy Watkins
Timothy Watkins