# United States District Court
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 04CR10363DPW |
| | ) | |
| v. | ) | |
| | ) | |
| 1. WILLIAM STANLEY | ) | |
| 2. JOHN MANNING | ) | |

## APPEARANCE OF COUNSEL

NOW COMES Michael D. Brennan, Esq., and enters his appearance on behalf of the Defendant, William Stanley, in connection with the above-captioned matter.

Respectfully submitted,
William Stanley, by his Attorney,

_____
Michael D. Brennan, Esq.
BBO#: 557401
392 Union Avenue
Framingham, MA 01702
(508) 820-3070

Dated: January 10, 2005