US District Court
District of Massachusetts

JLA

Re: US v Wm. Stanley          Criminal Action 04CR10363 DPW

Motion to Unseal

1 — On 11/09/04  A complaint was issued charging
defendant with drug violations.

2 —    The government immediately filed a motion to
seal the complaint, affidavit, Court's Order and
any other paper work related to this matter.

3 — The motion was based on the assertion that
public disclosure might jeopardize the ongoing investigation
and the ability to arrest the defendant.

4 — Two months have passed since the sealing of
the affidavit. Defendant has been arrested,
indictment returned and hearing held.

Wherefore        I, Milton Gun of the N.E. News Service
request that the court order the
unsealing of the affidavit in the case

NE News SVC
66 Alexander Rd
Newton, MA 02461

Phone 617/969-4102