## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 04-10363-DPW** |
| | ) | |
| **WILLIAM STANLEY, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the indictment. As grounds for this motion, the government notes that two of the new defendants are now in custody and must be informed of the nature of the charges against them. The government has no expectation that any form of redaction could actually conceal the remaining defendant, and unsealing is appropriate.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

2/22/05 *[signature]*, m.j. allowed