# MEMORANDUM

DATE: _Feb 10, 2005_

TO:        Courtroom Clerk for Judge _Woodlock_

           and Magistrate Judge _Alexander_

FROM:   Sheila A Diskes

SUBJECT:    Assignment of New Indictment/Information  (Superseding  ✓ )[1]

---

Please be advised that the following indictment/information returned or filed on _____ _____ has been assigned/referred to you.

Criminal No. _04- 10363-DPW_ U.S.A. v. _W. Stanley_

✓____ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

_____ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc:    AUSA _____

(newindic.mem - 08/96)

---

[1]  **Note:**

1.    **Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.**

2.    **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
             v. ) Criminal No.  04-CR-10363-DPW
         )
1.  **WILLIAM STANLEY** ) VIOLATIONS:
2.  **JOHN MANNING,** )
3.  **FELIX PARRA-GASTELOM,** ) 21 U.S.C. § 846 –
4.  **JOSE LUIS ARELLANO,** ) Conspiracy to Distribute Marijuana
5.  **ANTHONY SAUNDERS, a.k.a. ANTHONY** )
      **LUCENTE, a.k.a. "Big T"** ) 21 U.S.C. § 841(a)(1) –
6.  **RICHARD ADAMS,** ) Possession with Intent to Distribute
7.  **KEVIN MCIVER,** ) Marijuana
8.  **FREDERICK PIDGE** )
9.  **LEON ROMPREY,** ) 21 U.S.C. § 856(a) –
10. **SANDRA SAUNDERS, a.k.a. SANDRA** ) Maintaining Drug-Involved
      **LUCENTE a.k.a. SANDRA ROMPREY,** ) Premises
       )
      **Defendants.** ) 18 U.S.C. § 2 –
       ) Aiding and Abetting
       )
       ) 21 U.S.C. § 853 –
       ) Criminal Forfeiture  Allegation
       )
       )

## SUPERSEDING INDICTMENT

**COUNT ONE:**     <u>**(21 U.S.C. § 846 -- Conspiracy to Distribute Marijuana)**</u>

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about October 2004 and

continuing to on or about November 8, 2004, at Somerville, Billerica and elsewhere in the

District of Massachusetts, at Laredo, in the Southern District of Texas, and elsewhere,

         1.    **WILLIAM STANLEY**
         2.    **JOHN MANNING,**
         3.    **FELIX PARRA-GASTELOM,**
         4.    **JOSE LUIS ARELLANO,**

-1-

5.    **ANTHONY SAUNDERS, a.k.a.**
        **ANTHONY LUCENTE, a.k.a. "Big T"**
6.    **RICHARD ADAMS,**
7.    **KEVIN MCIVER,**
8.    **FREDERICK PIDGE,**
9.    **LEON ROMPREY,**
10.   **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a.**
       **SANDRA ROMPREY,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with

each other and with other persons, unknown to the Grand Jury, to possess with intent to distribute

and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least 100 kilograms of a

mixture and substance containing a detectable amount of marijuana, a Schedule I controlled

substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this

Count.

All in violation of Title 21, United States Code, Section 846.

-2-

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) – **Possession of Marijuana With Intent to Distribute; 18 U.S.C. § 2 – Aiding and Abetting**)

The Grand Jury further charges that:

On or about November 8, 2004, at Billerica and Somerville, in the District of Massachusetts,

|     |     |
|-----|-----|
| 1.  | **WILLIAM STANLEY** |
| 2.  | **JOHN MANNING,** |
| 3.  | **FELIX PARRA-GASTELOM,** |
| 5.  | **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"** |
| 6.  | **RICHARD ADAMS,** |
| 7.  | **KEVIN MCIVER,** |
| 8.  | **FREDERICK PIDGE,** |
| 9.  | **LEON ROMPREY,** |
| 10. | **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,** |

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a

Schedule I controlled substance.

It is further alleged that this offense involved at least 100 kilograms of a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title

21, United States Code, Section 841(b)(1)(B)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United

States Code, Section 2.

-3-

**COUNT THREE:**    (21 U.S.C. § 856(a)(2) – **Maintaining Drug Involved Premises**)

The Grand Jury further charges that:

In or about November 2004, in Billerica, in the District of Massachusetts, while managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road in Billerica,  as an owner, employee and agent,

## KEVIN MCIVER,

defendant herein, knowingly and intentionally made available for use such place for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(2).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.      As a result of the offenses alleged in Counts I, II,  and III of this Indictment, the

defendants,

> 1.   **WILLIAM STANLEY**
> 2.   **JOHN MANNING,**
> 3.   **FELIX PARRA-GASTELOM,**
> 4.   **JOSE LUIS ARELLANO,**
> 5.   **ANTHONY    SAUNDERS,    a.k.a.**
>      **ANTHONY LUCENTE, a.k.a. "Big T"**
> 6.   **RICHARD ADAMS,**
> 7.   **KEVIN MCIVER,**
> 8.   **FREDERICK PIDGE,**
> 9.   **LEON ROMPREY,**
> 10.  **SANDRA SAUNDERS, a.k.a. SANDRA  LUCENTE a.k.a.**
>      **SANDRA ROMPREY,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations, including without limitation:

> (a)    the real property and buildings located at 239 Rangeway Road, Billerica,
>        Massachusetts, having a deed recorded at the Southern Middlesex County
>        Registry of Deed, Book 173, Page 63, currently owned by **KEVIN**
>        **MCIVER;**

> (b)    one white 1999 Ford Econovan, bearing VIN 1FTRE1420XHA06080 and
>        Massachusetts registration number US30RG, currently owned by
>        **SANDRA SAUNDERS;** and

> (c)    one brown 2002 Ford Taurus, bearing VIN 1FAFP56SC2A115574 and
>        Massachusetts registration number 62DV40, currently owned by
>        **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big**
>        **T".**

2.    If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**


_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                    February 10, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.


_____
Deputy Clerk
                                    2/10/05
                                    1: 15pm.

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II_____    Investigating Agency __ICE_____

City __Billerica_____    **Related Case Information:**

County __Middlesex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10363-DPW__
                                   Same Defendant ____X_____    New Defendant _____
                                   Magistrate Judge Case Number    _____
                                   Search Warrant Case Number    _____
                                   R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __William Stanley_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1961__    SSN (last 4 #): __9891__    Sex __M__    Race: __w_____    Nationality: __USA_____

**Defense Counsel if known:**    __Michael D. Brennan_____    Address: __392 Union Avenue Framingham, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue_____    Bar Number if applicable _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes    ☐ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __November 8, 2004_____

☒ Already in Federal Custody as __11/8/04_____ in __USMS_____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __Feb 10 05_____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    John Manning _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II_____   Investigating Agency __ICE_____

City __Billerica_____   **Related Case Information:**

County __Middlesex_____   Superseding Ind./ Inf. __X_____   Case No. __04-10363 DPW__
                                  Same Defendant __x_____   New Defendant _____
                                  Magistrate Judge Case Number   _____
                                  Search Warrant Case Number     _____
                                  R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name __John Manning_____   Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1963__  SSN (last 4 #): __7637__ Sex __M__ Race: __w_____  Nationality: __USA_____

Defense Counsel if known: __Timothy P. Flaherty_____   Address: __43 Bowdoin Street 02114_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue_____   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No          **List language and/or dialect:** _____

Matter to be SEALED: ☒ Yes   ☐ No

     ☐ **Warrant Requested**        ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

Arrest Date: __November 8, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by __USMJ Alexander_____ on __Nov. 15, 2004_____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __Feb 10 2005__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     John Manning _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  II            Investigating Agency  ICE

City  Billerica                          **Related Case Information:**

County  Middlesex                        Superseding Ind./ Inf.  X            Case No.  04-CR-10363-DPW
                                         Same Defendant _____  New Defendant  x
                                         Magistrate Judge Case Number  04-00284– JLA
                                         Search Warrant Case Number
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Sandra Saunders                    Juvenile  ☐ Yes  ☒ No

Alias Name

Address  Rumney, NH

Birth date: 1945       SS#: 1791      Sex: F   Race: W           Nationali  USA

**Defense Counsel if known:**                         Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA  Nancy Rue                         Bar Number if applicable

Interpreter:  ☐ Yes  ☒ No            List language and/or dialect:

Matter to be SEALED:  ☒ Yes  ☐ No

        ☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

Arrest Date:        December 2004  12/20/04

☒ Already in Federal Custody as   per Hon. JL Alexander 12/20/04  in   USMS custody           .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on

**Charging Document:**  ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felon  2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  February 10, 2005        Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant     Sandra Saunders _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __ICE__

**City** __Billerica__      **Related Case Information:**

**County** __Middlesex__      **Superseding Ind./ Inf.** __X__    **Case No.** __04-CR-10363-DPW__

        **Same** _____    **New**      __x__

        **Magistrate Judge Case Number** __04-284-JLA__

        **Search Warrant Case** _____

        **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant** __Leon Romprey__      **Juvenile** ☐ Yes   ☒ No

**Alias Name** _____

**Address** __Rumney NH__ _____

**Birth** __1942__   **SS#:** __1753__   **Sex:** __M__   **Race:** __w__    **Nationality** __USA__

**Defense Counsel if known:** __James Krasnoo__    **Address:** __23 Main Street, Andover__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Nancy Rue__      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes   ☐ No

     ☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** __December 2004__ _12/20/04_

☒ Already in Federal Custody as   __per Hon JL Alexander__ _12/20/04_ in   __USMS custody__ .

☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   _2_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 10, 2005      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Leon Romprey _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.**  II      **Investigating Agency**  ICE |

**City**   Billerica

**Related Case Information:**

**County**   Middlesex

Superseding Ind./ Inf.  **x**                    Case No.    04-10363-dpw
Same                          New           **x**
Magistrate Judge Case Number    04-00284– JLA
Search Warrant Case
R 20/R 40 from District of

**Defendant Information:**

**Defendant**    Richard Adams              **Juvenile**   ☐ Yes   ☒ No

**Alias Name**

**Address**   Revere, MA

**Birth**    1953       **SS#:**  1909      **Sex:** M   **Race:**  w          **Nationality**  USA

**Defense Counsel if known:**   Stephen J. Weymouth   **Address:**  65a Atlantic Ave # 3
Boston  02110

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**   Nancy Rue                **Bar Number if applicable**

**Interpreter:**  ☐ Yes  ☒ No      **List language and/or dialect:**

**Matter to be SEALED:**  ☒ Yes  ☐ No

☐ **Warrant Requested**      ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:**    December 2004   12/20/04

☒ **Already in Federal Custody as**    per Hon. JL Alexander  12/20/04  **in**    USMS custody          .
☐ **Already in State Custody**                   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by                       on

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty**          ☐ **Misdemeanor**          ☒ **Felony**   2

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**   February 10, 2005        **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy    _____

Name of Defendant    Richard Adams    _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to Distribute Marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:  _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __Billerica__          Category No.  __II__          Investigating Agency  __ICE__

City  __Billerica__                    Related Case Information:

County  __Middlesex__             Superseding Ind./ Inf.  __X__          Case No.   __04-10363-dpw__
                                  Same Defendant _____  New _____  __X__
                                  Magistrate Judge Case Number  __04-M-274 JLA__
                                  Search Warrant Case       _____
                                  R 20/R 40 from District of  _____

**Defendant Information:**

Defendant   __FELIX PARRA-GASTELOM__               Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only):  __1962__  SSN (last 4 #): _____  Sex _M_  Race:  __Hispanic__     Nationality  __Mexican__

Defense Counsel if known:   __Peter Krupp__          Address:  __One McKinley Sq Boston__

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  __Nancy Rue__                     Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   _Spanish_

Matter to be SEALED:   ☒ Yes   ☐ No

        ☐ Warrant Requested       ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   __December 2004__  _12/16/04_

☒ Already in Federal Custody as  _12/16/04_        in  _USMS_  .

☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by  _____  on  _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ 2 Felony  _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   _10 Feb 05_      Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    FELIX PARRA-GASTELOM _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__     Category No. __II__     Investigating Agency __ICE__

City __Billerica__     Related Case Information:

County __Middlesex__

Superseding Ind./ Inf. _____   Case No. __04 - 10363- DPW__

Same Defendant _____   New   __X__

Magistrate Judge Case Number __04-M-274 JLA__

Search Warrant Case _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant   __JOSE LUIS ARELLANO__     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1955__   SSN (last 4 #): _____   Sex _M_   Race: __Hispanic__   Nationality __Mexican__

Defense Counsel if known:   __Andrew M. DeAngelo__    Address: __20 Park Plaza, Boston 02116__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__     Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No     List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☒ Yes   ☐ No

    ☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: __December 2004__ _12/16/04_

☒ Already in Federal Custody as _12/16/04_   in _USMS_ .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _10 Feb 05_     Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE LUIS ARELLANO _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __ICE__

**City** __Billerica__      **Related Case Information:**

**County** __Middlesex__      Superseding Ind./ Inf. __X__     Case No. __04-CR-10363-DPW__

     Same _____ **New** _____ x _____

     Magistrate Judge Case Number _____

     Search Warrant Case _____

     R 20/R 40 from District of _____

**Defendant Information:**

**Defendant**    __Kevin McIver__      **Juvenile**   ☐ Yes   ☒ No

**Alias Name** _____

**Address** _____

**Birth** __1963__   SS#: __3409__   Sex: __M__   Race: __W__   National __USA__

**Defense Counsel if known:**   __Tom Butters__     Address: __One Exeter Plaza, Boston__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Nancy Rue__     Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☒ No     List language and/or dialect: _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

     ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felon __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 10, 2005     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant    Kevin McIver

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3  21 USC 856(a)(2) | maintaining drug involved premises | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No. __II__        Investigating Agency __ICE__

City __Billerica__                    Related Case Information:

County __Middlesex__                 Superseding Ind./ Inf. __X__        Case No. __04-CR-10363-DPW__
                                     Same _____ New _____ __x__
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant        __Frederick Pidge__                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __Billerica MA__

Birth __1951__   SS#: __0448__   Sex: __M__   Race: __w__        Nationality __USA__

Defense Counsel if known: __Bernard Grossberg__        Address: __99 Summer St #1800__
                                                        _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                        Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  February 10, 2005          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**     Frederick Pidge _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| **Set 2** 21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |
| **Set** | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No. __II__    Investigating Agency __ICE__

City __Billerica__                    Related Case Information:

County __Middlesex__            Superseding Ind./ Inf. _____    Case No. ___04-10363-dpw___
                                          Same _____ New                  __x__
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Anthony Saunders__                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __West Newton, MA__

Birth __1964__    SS#: __2025__    Sex: __M__    Race: __w__    Nationality __USA__

Defense Counsel if known:    __Robert Jubinville__        Address: __487 Adams St Milton__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  February 10, 2005        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant  _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841 | Possession with intent to distribute | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:  _____

_____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02