AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

CHARLES CARRINGTON

**WARRANT FOR ARREST**

Case Number: 97-10104-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHARLES CARRINGTON _____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  X Probation Violation Petition

charging him or her  (brief description of offense)

Violation of condition: defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance

in violation of _____ 18 _____ United States Code, Section(s) _____

Douglas P. Woodlock                          United States District Judge
Name of Issuing Officer                       Title of Issuing Officer

/s/ Douglas P. Woodlock                      1/18/05 at Boston, Massachusetts
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JAN 19 A 9:40

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| WARRANT EXECUTED BY USMS PICKUP _____ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/18/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |