UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10363 DPW

WILLIAM STANLEY
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On February 22, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that may deserve special attention or modification of the standard schedule are the defendants' request for sixty (60) days by which to file motions to suppress;

3. Supplemental discovery will include a DEA report regarding drugs;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government thirty (30) days before trial and the defendant will provide reciprocal discovery fifteen (15) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: January 11, 2005, through February 8, 2005 (28 days), for a total of twenty-eight (28) days as of February 22, 2005. The time period from February 8, 2005, through February 22, 2005, has not yet been excluded by written motion of the parties. The Parties made oral motion to exclude the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is fifty-six (56) days as of February 22, 2005;

6. Trial is anticipated. The estimated duration of the trial is two (2) weeks;

7. Other matters: the superseding indictment required adjustment of the Interim Status

conference of the defendants to April 13, 2005 instead of April 6, 2005, to be held with the remaining co-defendants.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be filed on or before April 22, 2005 with the government's response due may 6, 2005. An **Interim Status Conference** is scheduled at **2:00 p.m.** on **April 13, 2005,** in Courtroom 24, 7th floor.

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

<u>March 14, 2005</u>      <u>/S/ Rex Brown          </u>
Date      Courtroom Clerk
    (617) 748-9238