UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10363-Dflω

UNITED STATES OF AMERICA

v.

William Stanley, et al.

FILED
In Open Court
USDC, Mass.
Date 12/16/05
By Churchill Twe
    ...ry Clerk

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On Dec. 16, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule _____

_____
_____
_____
_____
_____
_____.

2. (a) Discovery status and pending motions ____ pending discovery motions to be resolved today is Pidge, 1 Ronghrey

_____
_____
_____
_____.

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete

_____ None _____
_____
_____

3. Supplemental discovery anticipated ____ as approprinte. None is known at This the, ____ that govt c. ____ except The normal 21 day discovery, but the govt is mindful of its duty to supplement.

_____
_____.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act ___ All the from Indictment has been excluded

1

either by motions pending or by agreement of The parties

(b) Amount of time remaining under the Speedy Trial Act before trial must commence ___7∅ days___

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act _____

_____

_____

_____ .

5. (a) The defendant does / does not intend to raise a defense of insanity.
   (b) The defendant does / does not intend to raise a defense of public authority.

6. The Government has / has not requested notice of alibi by the defendant. If notice has been requested, the defendant has / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

_____Motions to Suppress evidence and_____
_____Statements are expected._____

_____

_____

_____

_____ .

(b) Briefing schedule established _____

_____

_____

_____

_____ .

8. Need for schedule concerning any matter in the case other than trial _____

_____

_____

_____

_____ .

9. Possibility of early resolution of case without trial ___Some defendants are likely to___
___plead but it is expected that at least one defendant___
___will go to trial___

_____

10. Trial is / is not necessary. Estimated duration of trial
___Not more than 10 trial days)___

_____

_____ .

11. Other matters _____

_____

IT IS HEREBY ORDERED THAT

By the Court,

Date  _____

_____
Deputy Clerk