```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10363-DPW |
| | ) | |
| WILLIAM STANLEY, ET AL. | ) | |
| | ) | |

             JOINT MEMORANDUM FOR STATUS CONFERENCE

1.  The parties request a trial date.  Based on the trial schedule of counsel for defendant Pidge, the parties request a trial date of July 10, 2006 or after.

2.  There only pending motion at present is the motion of defendant Romprey for a Bill of Particulars.  The defendants anticipate filing a motion to suppress, and the parties propose that all motions to suppress be filed by February 28, 2006, with a hearing to be scheduled at the end of March, in coordination with the moving parties' trial schedules.

3.  It is unlikely that the entire case will be resolved short of trial.  Certain defendants have expressed interest in resolution short of trial, but at least one defendant has indicated the likelihood of trial.

4.  Defendants Parra Gastelom and Arellano will require an interpreter (Spanish) if they proceed to trial.  Both of these defendants are considering resolution short of trial.

5.  Defendants Parra Gastelom, Arellano, Anthony Saunders, Stanley, Adams, Romprey and Sandra Saunders are in federal custody. Defendants Pidge, McIver, and Manning are on pretrial release.

6.  No defendant is fugitive.

7.  The government has been contacted by Wayne Murphy, who has recently filed a notice of appearance on behalf of defendant Anthony Saunders. It appears that defendant Anthony Saunders is seeking to terminate his relationship with his current attorney of record, William Kroger, pro hac vice from California. Attorney Murphy has indicated that the above schedule would be sufficient to allow him to become familiar with the discovery before the motion period expires. Attorney Murphy has also asserted that he may seek review of the detention order related to defendant Anthony Saunders.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

By:
    /s/ Nancy Rue
    NANCY RUE
    Assistant U.S. Attorney

DATE:    January 20, 2006

I certify that the above report (with the exception of the last sentence) was circulated to counsel for defendants, and no objections were received. The final sentence was added based on a voicemail from attorney Murphy, in order to keep the Court fully advised of anticipated matters.

    /s/  Nancy Rue