# United States District Court
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Criminal No.:  04-CR-10363-DPW-01 |
| ) | |
| ) | |
| **WILLIAM STANLEY** ) | |
| ) | |

## MOTION FOR PRE-PLEA PRESENTENCE REPORT

NOW COMES the defendant and moves for a Pre-Plea Presentence Report and assigns as reasons therefore the following:

1.In order to determine the exposure the defendant has to sentencing, one must see what Criminal History Category he falls into.

2.The defendant is charged in a conspiracy with several other persons.

3.It is important to fund out how the defendant's drug determination computation is going to be made by the Probation Office.

4.The government's version of the offense in a Pre-Plea Presentence Report would give the defendant some education on the kind of sentencing difficulties that may exist for the defendant and permit counsel to more intelligently advice the defendant as to the benefit (s) of a plea and to the difficulties of a trial.

WHEREFORE, for the above reasons, the defendant respectfully requests that this motion be granted.

Respectfully submitted,
William Stanley, by his Attorney,

_____
Michael D. Brennan, Esq.
BBO#: 557401
161 Worcester Road
Suite 200
Framingham, MA  01701
(508) 834-3020

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Nancy Rue, Assistant United States Attorney, by Electronic Filing and First Class mail on May 31, 2006.

_____
Michael D. Brennan