UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    v.                                                    )        Criminal No. 04-10363 -DPW
WILLIAM STANLEY                         )

**INFORMATION FILED PURSUANT TO 21 U.S.C. § 851 REGARDING
PRIOR FELONY DRUG CONVICTION OF DEFENDANT WILLIAM STANLEY**

**COUNT ONE:**        (Title 21, United States Code, Section 851 – Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about July 10, 1997, William Stanley was convicted in the Ipswich District Court in Massachusetts of distribution of a Class D substance, in Docket Number 99640CR1A.

2. On or about July 10, 1997, William Stanley was convicted in the Ipswich District Court in Massachusetts of conspiracy to distribute a Class D substance, in Docket Number 99640CR1B.

3. On or about October 14, 1997, William Stanley was convicted in the Suffolk Superior Court in Massachusetts of possession to distribute a Class D substance, in Docket Number 9711197001.

4. On or about March 3, 2003, William Stanley was convicted in the Waltham District Court in Massachusetts of possession to distribute a Class B substance, in Docket Number 0251CR2495D.

5. William Stanley has been named as a defendant in an Indictment numbered 04-10363-DPW.

6. By way of this information, the government notifies defendant Stanley that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:   /s/ Nancy Rue
       NANCY RUE
       Assistant U.S. Attorney

Dated: June 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Nancy Rue
                                Nancy Rue
                                Assistant United States Attorney

Date:   June 8, 2006