UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILLIAM STANLEY,<br>Defendant. | )<br>)<br>) CRIMINAL NO.<br>) 04-10363-DPW<br>)<br>)<br>) |

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

　　Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **10:00 A.M. ON JUNE 23, 2006**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

　　The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

```
                                          BY THE COURT,
                                          /s/ Michelle Rynne
   DATE: June 19, 2006                    Deputy Clerk
```