UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| v. ) | Case No. 04-10363-DPW | |
| WILLIAM STANLEY ET AL. ) | | |
|    Defendant ) | | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PRESENTENCE INVESTIGATION REPORTS

The United States respectfully moves for an extension of time of approximately one week to respond to the PSRs in the above matter.  Objections to the PSRs of William Stanley and John Manning are currently due on September 19, 2006, and objections to the PSR of Felix Parra Gastelom and Kevin McIver will be due on that date or shortly thereafter.

The government respectfully requests an extension of time until September 25, 2006 in order to allow the government counsel to ensure that the hierarchy of defendants as developed during the trial of co-defendants currently ongoing is fairly incorporated in the relevant PSRs, and that the weights (number of loads in which each defendant participated) is fairly asserted in the government's objections.  The government also requests this time in order to allow the undersigned to focus on these matters after the trial has been completed.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:     /s/ Nancy Rue
          Nancy Rue
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Nancy Rue  
                                              Nancy Rue  
                                              Assistant United States Attorney

Date:   September 10, 2006