# United States District Court
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 04CR10363DPW |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WILLIAM STANLEY** | ) | |

### DEFENDANT WILLIAM STANLEY'S MOTION FOR LEAVE TO EXTEND TIME FOR FILING SENTENCING MEMORANDUM TO ON OR BEFORE OCTOBER 5, 2006

NOW COMES the defendant, William Stanley, in the above-captioned matter and requests this Honorable Court to grant leave to file a Memorandum in Support of Sentencing on or before October 5, 2006. As reasons therefore, the defendant states that additional time is required to prepare this Memorandum for the consideration of the Court.

Respectfully submitted,
William Stanley,
By hisAttorney,

_____
Michael D. Brennan
161 Worcester Road, Suite 200
Framingham, MA  01701
(508) 834-3020
BBO#:  557401

### CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Defendant's Sentencing Memorandum were this day served upon all parties to this action by electronic filing.
SIGNED under the pains and penalties of perjury.

Dated: October 4, 2006          _____
                                Michael D. Brennan