# United States District Court
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 04CR10363DPW |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **WILLIAM STANLEY** | ) | |
| | ) | |

### DEFENDANT WILLIAM STANLEY'S MOTION
### TO CONTINUE EVIDENTIARY HEARING

NOW COMES the defendant, William Stanley, in the above-captioned matter and requests this Honorable Court to continue the evidentiary hearing now scheduled for Thursday, February 22, 2007.  As reasons therefore, the defendant states that this hearing is scheduled during school vacation week.  Counsel has previously scheduled, and paid for, a vacation out of state from February 20 to February 24, 2007.

        Respectfully submitted,
        William Stanley,
        By hisAttorney,

_____
Michael D. Brennan
161 Worcester Road, Suite 200
Framingham, MA  01701
(508) 834-3020
BBO#:  557401

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed this 18th day of January, 2007, through the ECF system and has been transmitted electronically to all registered counsel of record.  Paper copies will be sent by first class mail to all non-registered counsel of record.

 

_____
Michael D. Brennan