# United States District Court
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.:  04CR10363DPW |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **WILLIAM STANLEY** | ) | |
| | ) | |

### DEFENDANT WILLIAM STANLEY'S ASSENTED MOTION TO CONTINUE EVIDENTIARY HEARING

NOW COMES the defendant, William Stanley, in the above-captioned matter and requests this Honorable Court to continue the evidentiary hearing now scheduled for Thursday, March 15, 2007.  As reasons therefore, the defendant states that counsel will be out of state on the scheduled date.  Further, this motion is filed with the assent of the government.

WHEREFORE, the defendant requests that the Court re-schedule the hearing on this matter to either March 26, 27, 29 or any other date that is convenient with the Court and the parties.

Respectfully submitted,
William Stanley,
By hisAttorney,

_____
Michael D. Brennan
161 Worcester Road, Suite 200
Framingham, MA  01701
(508) 834-3020
BBO#:  557401

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed this 15th day of February, 2007, through the ECF system and has been transmitted electronically to all registered counsel of record. Paper copies will be sent by first class mail to all non-registered counsel of record.

_____
Michael D. Brennan